HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
BRANDON D. ALBERTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:14-cr-00002-MJS |
|---|---|---|
| Plaintiff, | ) ) | MOTION TO VACATE DECEMBER 6, 2016 REVIEW HEARING; ORDER |
| vs. | ) ) | |
| BRANDON D. ALBERTA, | ) ) | |
| Defendant. | ) ) | |

Defendant Brandon D. Alberta hereby requests that the Court vacate the December 6, 2016 review hearing, as Mr. Alberta is in full compliance with the terms of his probation.

On February 3, 2015, the Court sentenced Mr. Alberta to twenty-four months of unsupervised probation, with the conditions that he obey all laws, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, and attend a fifty-two-week Domestic Abuse course. Mr. Alberta has complied with all conditions of probation.

The government is in agreement with this request.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 23, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
BRANDON D. ALBERTA

# **O R D E R**

Based on the parties' joint representation that Mr. Alberta has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for December 6, 2016, at 10:00 a.m. in Case No. 6:14-cr-00002-MJS.

IT IS SO ORDERED.

Dated:   November 28, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Alberta: Motion to
Vacate Review Hearing